IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO.  4:12CR3004 |
| v. | ) ) | ORDER |
| JASON R. BIELICKI, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Mr. Bielicki's Unopposed Motion to Continue Pretrial Motions Deadline, filing 19, from February 23, 2012, to March 9, 2012. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Bielicki's deadline by which to file pretrial motions shall be continued to March 9, 2012.  This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the pretrial motions deadline.  Further, the Court finds that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from February 23, 2012, until March 9, 2012, shall be excludable time pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 21st day of February, 2012.

BY THE COURT:

s/ Cheryl R Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge