IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3004 |
| vs. | |
| JASON R. BIELICKI, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for reduction/modification of supervised release terms and sentence for good cause (filing 70). The Court has fully considered this motion, and will deny it.

IT IS ORDERED:

1. The defendant's motion for reduction/modification of supervised release terms and sentence for good cause (filing 70) is denied.

Dated this 20th day of June, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge