IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3004 |
| vs. | |
| JASON R. BIELICKI, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the defendant's reply to response or court sua sponte act (filing 72). The defendant's motion is denied. To the extent the Court can discern the defendant's legal argument, the authority he cites does not support it. In particular, neither 42 U.S.C. § 1988 nor 28 U.S.C. § 2072(b) provide relief from a criminal sentence in a criminal proceeding.

IT IS ORDERED:

1.   The defendant's reply to response or court sua sponte act (filing 72) is denied.

Dated this 13th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge